ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| EL PUEBLO DE PUERTO RICO<br><br>Peticionario<br><br>v.<br><br>WILFREDO RAFAEL FIGUEROA COLOM<br><br>Recurrido | KLCE202400739 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.:<br><br>KEC2024G0008<br><br>Salón: 1102<br><br>Sobre:<br><br>Art. 127(A)Código Penal (2012) |
|---|---|---|

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente

# S E N T E N C I A

En San Juan, Puerto Rico a 31 de julio de 2024.

Atendido el *Aviso de Desistimiento* presentado por la Oficina del Procurador General, el Peticionario, en la cual informa que los planteamientos presentados por el recurrido ante esta Curia mediante *Moción Urgente Solicitando Desestimación* sobre la presentación tardía del recurso de *Certiorari* son ciertos y que el recurso no debió haberse presentado, anunciando así su intención de desistir de que el Tribunal atienda la petición, este Tribunal declara ha lugar la misma.

En consecuencia, se ordena el cierre y archivo del presente caso por desistimiento voluntario a tenor con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, sin especial imposición de gastos, costas ni honorarios de abogados. Se ordena el desglose de los apéndices.

Número Identificador

SEN2024_____

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*